JEREMIAH WILLIAMS & Co., INC., Respondent, v. LAMPORT & HOLT, LTD., Appellant.*

Supreme Court, Appellate Term, First Department, January 31, 1928.

**Ships and shipping — negligence — damage to goods — error to set aside verdict for defendant.**

In an action by a shipper to recover damages for injuries to goods shipped on defendant's boat, it was error for the court to set aside a verdict in favor of the defendant.

APPEAL by defendant from order of the City Court of the City of New York, county of New York, setting aside verdict in favor of defendant and ordering a new trial. For a statement of the facts, see 130 Misc. 644.

*Slayton & Jackson* [*G. Noyes Slaton* of counsel], for the appellant.

*Harry D. Thirkield*, for the respondent.

PER CURIAM. The issues were submitted to the jury under a charge to which no objection was made or exception taken, and that plaintiff's counsel was entirely satisfied with the charge is further evidenced by the fact that no request was made for additional instructions. There is nothing in the record to indicate that the jury did not comprehend the facts or that they overlooked the law as charged by the court, and the verdict seems to be sustained by the evidence.

Order reversed, with costs, motion denied, and verdict reinstated.

All concur; present, BIJUR, DELEHANTY and CRAIN, JJ.